UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Gitel Rosner
              Plaintiff,

Case No.: 1:21-cv-2556

   -against-

Cavalry Portfolio Services, LLC
              Defendant(s).
---------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Gitel Rosner and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 2, 2021

| For Plaintiff Gitel Rosner | For Defendant Cavalry Portfolio Services, LLC |
|---|---|
| *s/Tamir Saland* | *s/ Thomas R. Dominczyk* |
| Tamir Saland | Thomas R. Dominczyk |
| Stein Saks, PLLC | Maurice Wutscher LLP |
| One University Plaza Suite 620 | 5 Walter Foran Blvd Suite 2007 |
| Hackensack, NJ 07601 | Flemington NJ 08822 |
| Ph: (201) 282-6500 | 908-237-4550 |
| Tsaland @steinsakslegal.com | tdominczyk@mauricewutscher.com |

**SO ORDERED.**

s/WFK
_____

Dated: September 9, 2021
      Brooklyn, NY

HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE